UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CAUSE NO. 1:22-mj-0357 |
| KYLE M. PETERSON, | ) ) ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Numbers | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-3 | 18 U.S.C. § 2251(a) | 15-30 | $250,000 | Life |
| | | | | |

Dated: _____

_____
KYLE M. PETERSON
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana