**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:22-mj-357-DLP |
| | ) | |
| | ) | |
| Kyle M. Peterson, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>APPEARANCE</u>

TO: CLERK OF COURT

Please enter the appearance of William H. Dazey, Jr., Indiana Federal Community

Defenders, Inc., as attorney for the Defendant.

Dated: May 19, 2022

*William H. Dazey, Jr.*
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN. 46204
(317) 383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **May 19, 2022**, a copy of the foregoing **Appearance** was filed electronically.   Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.   Parties may access this filing through the court's system.

<u>*William H Dazey, Jr.*</u>
William H. Dazey, Jr.